UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANA PASKOVA,

                Plaintiff,

against

SIEGELSON'S DIAMONDS INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1023 (GHW) (SLC)

### SCHEDULING ORDER

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference is scheduled for **Tuesday, May 12, 2020 at 10:00 am** to discuss the Letter Motion at ECF No. 15. The conference will be held on the Court's conference line: 866-390-1828, access code: 380-9799.

Defendant's deadline to respond to the Complaint is adjourned <u>sine die</u> pending the conference, at which time the Court will set a response date.

Dated:      New York, New York
             April 30, 2020

                                    SO ORDERED

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**