UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YANA PASKOVA,

                Plaintiff,

against

SIEGELSON'S DIAMONDS INC.,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 1023 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      A Telephone Conference was held today, May 12, 2020, regarding Defendant's Letter-Motion for a discovery conference. (ECF No. 15). By **Tuesday, May 26, 2020**, Plaintiff is directed to (1) file an Amended Complaint; and (2) make a written confidential settlement demand on Defendant attaching copies of the copyright registration and any agreement between Plaintiff and The New York Times that pertains to the two photographs at issue in this case, which the parties shall treat as confidential pending the entry of a Confidentiality Stipulation and Order in this action. The parties may also request a Settlement Conference with Magistrate Judge Cave.

      Defendant is directed to respond to the Amended Complaint by **Friday, June 26, 2020**. The briefing schedule discussed during the conference will not be implemented; rather, if Defendant intends to file a motion to dismiss, it must do so in accordance with the Honorable Gregory H. Woods' Individual Rules of Practice in Civil Cases.

2

Dated:   New York, New York
         May 12, 2020

                                    SO ORDERED

                                    _____
                                    SARAH L. CAVE
                                    **United States Magistrate Judge**